Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

**(November 23, 1942.)**

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT E. SMITH, Appellant.— Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

**(November 25, 1942.)**

In the Matter of CLEVE J. HIGGINS for the Removal of ELON J. HODGE, as Fire Commissioner of Fire District No. 1, East Greenbush, Rensselaer County, N. Y.— Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of CLEVE J. HIGGINS for the Removal of JOHN MANSFIELD as Fire Commissioner of Fire District No. 1, East Greenbush, Rensselaer County, N. Y.— Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Application of NEW YORK STATE GUERNSEY BREEDERS' CO-OPERATIVE, INC., Petitioner, against HOLTON V. NOYES, Commissioner of Agriculture and Markets of the State of New York, Respondent.— Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of DREBAN FISHER et al., Appellants, against BURNS BROTHERS COAL COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

GEORGE C. JENKS, as Administrator of the Estate of AMY V. JENKS, Deceased, Respondent, v. VEEDER CONTRACTING COMPANY, INC., et al., Appellants.— Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of TERESA LABOZETTA, Respondent, against ELITE LAUNDRY, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—